IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE MARIE LYON, | No. C 10-00884 WHA |
| Plaintiff, | |
| v. | **ORDER RE ADMISSION OF ATTORNEY ROCUSH** |
| W W GRAINGER INC, | |
| Defendant. | |

It has been brought to the Court's attention that one of the counsel for defendants, Attorney Erica K. Rocush, is not on record as an attorney admitted to the United States District Court for the Northern District of California. Attorney Rocush must file proof of her admission no later than **NOON ON APRIL 15, 2010**.

**IT IS SO ORDERED.**

Dated: April 5, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE