RECEIVED
2010 MAR 11 P 3: 45
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE MARIE LYON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>W.W. GRAINGER, INC.,<br><br>　　　　　Defendant. | Case No. C 10-00884 WHA<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Henry F. Galatz, an active member in good standing of the bar of Illinois, whose business address and telephone is W.W. Grainger, Inc., 100 Grainger Parkway, Lake Forest, Illinois 60045, Telephone: (847) 535-1000, having applied in the above-entitled action for permission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant W.W. Grainger, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filing in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: April 8, 2010.　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　Hon. William Alsup
　　　　　　　　　　　　　　　　　　　　　United States District Judge

*IT IS SO ORDERED — Judge William Alsup*