IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANNE MARIE LYON,

    Plaintiff,

  v.

W W GRAINGER INC,

    Defendant.
                                 /

No. C 10-00884 WHA

**ORDER RE MOTION TO REMAND**

      Plaintiff Anna Marie Lyon filed a motion to remand scheduled to be heard on April 29, 2010. Pursuant to Civil Local Rule 7-3, the opposition was due on April 8, 2010, but no opposition has been received. On April 9, 2010, plaintiff filed a notice to continue the hearing on her motion to May 6, 2010. However, pursuant to Civil Local Rule 7-7, a party may not continue a noticed hearing date after the date on which the opposition was due, even if no opposition has yet been received. Plaintiff's notice to continue was filed after the deadline.

      Defendant is **ORDERED** to respond by **NOON ON WEDNESDAY, APRIL 14, 2010**, and show cause for its failure to respond to the motion in accordance with Civil Local Rule 7-3(a) or alternately to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause does not constitute permission to file a late opposition. The

hearing on plaintiff's motion to remand is **VACATED**.  A new hearing shall be noticed by the Court if necessary.

**IT IS SO ORDERED.**

Dated:  April 13, 2010.

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE