IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANNE MARIE LYON,

    Plaintiff,

    v.

W W GRAINGER INC,

    Defendant.

                                             /

No. C 10-00884 WHA

**ORDER RE SCHEDULE FOR MOTION TO REMAND**

        Plaintiff Anna Marie Lyon filed a motion to remand that was scheduled to be heard on April 29, 2010. Pursuant to Civil Local Rule 7-3, defendant's opposition was due on April 8, 2010, but no opposition was received. On April 9, 2010, plaintiff filed a notice to continue the hearing on her motion to May 6, 2010. However, pursuant to Civil Local Rule 7-7, a party may not continue a noticed hearing date after the date on which the opposition was due, even if no opposition has yet been received. Plaintiff's notice to continue was filed after the deadline.

        Pursuant to an order to show cause, the parties have explained that defendant did not file a timely opposition because the parties agreed on April 6 to continue the hearing date on plaintiff's motion until May 6 and defendant did not discover until after the deadline that plaintiff's notice to continue was filed late. The parties must take care to meet all future deadlines in this matter. Defendant's opposition shall be filed no later than **NOON ON APRIL 15.**

Plaintiff's reply shall be filed no later than **NOON ON APRIL 22.** The motion shall be decided without oral argument.

**IT IS SO ORDERED.**

Dated: April 14, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE