IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANNE MARIE LYON,

    Plaintiff,

  v.

W W GRAINGER INC,

    Defendant.

No. C 10-00884 WHA

**ORDER TO SHOW CAUSE DIRECTED TO ATTORNEY ERICA ROCUSH**

After it was brought to the Court's attention that one of the counsel for defendants, Attorney Erica K. Rocush, was not on record as an attorney admitted to the United States District Court for the Northern District of California, Attorney Rocush was ordered to file proof of her admission no later than noon on April 15, 2010. The deadline has passed and no such proof has been filed.

Additionally, Attorney Rocush filed a sworn declaration (Dkt. No. 16) to explain why defendant did not file a timely opposition to plaintiff's motion to remand this action. She stated in part:

> I had not received notice of the change in hearing date via email, as I normally would in a case pending in the Northern District Court. Therefore, I called the court clerk to inquire as to why I had not received such notice. At this time, I was informed, much to my surprise, that there was no record of me being admitted into the District Court for the Northern District of California.

The clerk's office has contacted the Court and disputed her statement. According to the clerk's office, it initiated contact with Attorney Rocush to notify her that she was not admitted

to the District Court for the Northern District of California after it reviewed the pro hac vice application of Attorney Henry Galatz (Dkt. No. 5).

No later than **NOON ON MONDAY, APRIL 26, 2010**, Attorney Rocush is ordered to explain this discrepancy under oath in the form of a declaration. She also must show cause why she failed to file proof of her admission as ordered and why she should not be sanctioned. She is additionally ordered to appear at the hearing on plaintiff's motion to remand on April 29, 2010, and should be prepared to address these issues at that time.

**IT IS SO ORDERED.**

Dated: April 23, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2