IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE MARIE LYON,<br><br>    Plaintiff,<br><br>  v.<br><br>W W GRAINGER INC,<br><br>    Defendant.<br>                                            / | No. C 10-00884 WHA<br><br>**ORDER RE BRIEFING SCHEDULE RE PETITION FOR CERTIFICATION FOR INTERLOCUTORY APPEAL** |

An order on April 29 denied plaintiff's motion to remand this action for lack of subject-matter jurisdiction. Plaintiff has now moved for certification for interlocutory appeal of this issue, but did not notice the motion for hearing. Pursuant to Local Rule 7-2(a), plaintiff's motion shall be heard on **JUNE 24, 2010, AT 8:00 A.M.** Defendant's opposition shall be due by **NOON ON JUNE 3, 2010.** Any reply shall be due by **NOON ON JUNE 10, 2010.**

**IT IS SO ORDERED.**

Dated: May 14, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE