1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANNE MARIE LYON,                                    No. C 10-00884 WHA

              Plaintiff,

     v.                                             **ORDER TO SHOW CAUSE**

W. W. GRAINGER, INC.,

              Defendant.
                                              /

     In this uncertified purported class action, plaintiff has moved "for notice to the class of
proposed dismissal of class action allegations without prejudice and dismissal of plaintiff's
claims with prejudice and setting hearing date for dismissal or ordering dismissal of action"
(Dkt. No. 55).  Under the civil local rules, defendant was required to file an opposition brief (or
a statement of nonopposition) to the pending motion by December 9.  It is now well after that
date and no response has been filed.  Defendant is therefore ordered to show cause for its failure
to respond to the motion, including via a declaration under oath, by NOON ON JANUARY 3, 2011.
This order does not constitute permission to file a late opposition.  The hearing on January 6,
2011, is VACATED.

          **IT IS SO ORDERED.**

Dated:  December 27, 2010.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE