IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE MARIE LYON,<br><br>  Plaintiff,<br><br>  v.<br><br>W. W. GRAINGER, INC.,<br><br>  Defendant.<br>_____/ | No. C 10-00884 WHA<br><br>**APPROVAL OF STIPULATION FOR DISMISSAL AND REQUIREMENT TO CERTIFY SERVICE OF NOTICE** |

    Pursuant to the parties' stipulation for dismissal and based on their further submissions, this order approves the stipulation for dismissal of the complaint with prejudice as to plaintiff and without prejudice as to the purported class. This order also approves the appended form of notice to be sent by plaintiff to the purported class members.

    Plaintiff's counsel must file a certification of service of the appended notice to the purported class members, by **JANUARY 20, 2011**. An order of dismissal will be entered shortly thereafter.

**IT IS SO ORDERED.**

Dated: January 10, 2011.

/s/ William Alsup
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**GRAINGER INDUSTRIAL SUPPLY**

**SALARIED MANAGERS EMPLOYMENT LITIGATION**

**LYON v. W.W. GRAINGER, et al.**

**United States District Court Case No. NO. C 10-00884-WHA**

Dear Former or Current Salaried Manager:

**THIS NOTICE RELATES TO YOUR POTENTIAL LEGAL RIGHTS IN THE ABOVE REFERENCED CASE.**

  As you were previously informed, Anne Lyon, a former salaried manager, filed a lawsuit against W.W. Grainger, Inc., (a.k.a. Grainger Industrial Supply.) The lawsuit is pending in the United States District Court for the Northern District of California.

  Plaintiff alleged that Defendant misclassified salaried managers as exempt from the payment of overtime compensation, as well as other claims under the California Labor Code. Defendant denied these claims and asserted that all of its managers have been properly classified. The Court has made no determination as to whether any of Plaintiff's claims or Defendant's defenses is meritorious.

  Plaintiff now seeks voluntary dismissal of her claims, with prejudice and dismissal of the Class Action allegations without prejudice. Plaintiff has not and will not receive any monetary or other compensation of any kind dismissing the action.

  If the action is dismissed, the statutes of limitations against any potential claim you may have had under the claims raised in the lawsuit will no longer be tolled and you would need to seek to protect any such claims, if any exist.

  If you have any questions regarding the foregoing, you may seek legal advice from a source of your choosing. <u>Do not contact the Court</u>.

Sincerely Yours

_____
Privacy Administrator