IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE MARIE LYON, | No. C 10-00884 WHA |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| W. W. GRAINGER, INC., | |
| Defendant. | |

    Pursuant to the order approving the parties' stipulation for dismissal and requirement to certify service of notice (Dkt. No. 63), and the subsequent declaration of counsel stating that the previously-approved form of notice of dismissal was mailed to all class members by January 12 (Dkt. No. 64), this case is dismissed. The Clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: January 18, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE